DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-5087
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>           vs.<br><br>SALOME RIVERA-GUZMAN (aka Jorge Vasquez-Riverio),<br><br>                   Defendants. | 2:16-cr-00553-PAL<br><br>Stipulation to Continue the Preliminary Hearing (*Second Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL G. BOGDEN, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and MONIQUE KIRTLEY, Assistant Federal Public Defender, counsel for defendant, that the preliminary hearing date in the above-captioned matter, currently scheduled for October 10, 2016, at 4:00 pm, be vacated and continued for thirty (30) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1.     The parties are working towards a pre-indictment resolution. The

1

1  Government is finalizing a written plea agreement for the defendant's consideration.

2  Additional time is needed for the defendant to receive, review, and consider the plea

3  agreement.

4      2.    The parties agree to the continuance.

5      3.    Defendant Rivera-Guzman is in custody but does not object to a

6  continuance.

7      4.    Additionally, denial of this request for continuance could result in a

8  miscarriage of justice.

9      5.    The additional time requested herein is not sought for purposes of delay,

10  but to allow for a potential pre-indictment resolution of the case.

11      6.    The additional time requested by this stipulation, is allowed, with the

12  defendant's consent under the Federal Rules of Procedure 5.1(d).

13      7.    This is the <u>second</u> request for a continuation of the preliminary hearing.

14  DATED this 7th day of October, 2016.

15

16                                                      Respectfully submitted,
                                                    DANIEL G. BOGDEN
                                                    United States Attorney

17  //s//                                          //s//
MONIQUE KIRTLEY, ESQ.              CRISTINA D. SILVA

18  Counsel for Defendant                   Assistant United States Attorney
RIVERA-GUZMAN

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00553-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| SALOME RIVERA-GUZMAN (aka Jorge Vasquez-Riverio), | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are working towards a pre-indictment resolution. The Government is finalizing a written plea agreement for the defendant's consideration. Additional time is needed for the defendant to receive, review, and consider the plea agreement.

2. The parties agree to the continuance.

3. Defendant Rivera-Guzman is in custody but does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay,

but to allow for a potential pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>second</u> request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for October 10, 2016, at the hour of 4:00 pm, be vacated and continued to November 10, 2016, at the hour of 4:00 pm.

DATED this 24th day of October, 2016.

THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE